**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **TRACY GREGORY,** | ) | |
| Plaintiff, | ) | Case No. CV08-07439 AJW |
| v. | ) | **J U D G M E N T** |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | ) ) ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

March 19, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge